```
                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA

                            ----oo0oo----
```

In re:

    ESTRELLA A. KINCAID AND
JAMES M. KINCAID,

        Debtors.

ESTRELLA A. KINCAID AND       Civ. S-05-0940 WBS
JAMES M. KINCAID

                                ORDER OF DISMISSAL

        Appellants

        v.

SUSAN K. SMITH

        Appellee.

```
                            ----oo0oo----
```

        This action is hereby dismissed for failure to perfect the appeal.

DATED: June 12, 2006

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28