1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

10   In re:

11       ESTRELLA A. KINCAID AND
         JAMES M. KINCAID,
12
             Debtors.
13
         ESTRELLA A. KINCAID AND          Civ. S-05-0940 WBS
14       JAMES M. KINCAID
                                          Bankruptcy No. 05-2130-B-7
15           Appellants

16                 v.

17       SUSAN K. SMITH                              ORDER

18           Appellee.

19                        ----oo0oo----

20       The Kincaids have filed a Motion to Reconsider this

21   court's Order of December 21, 2006, denying their motion to

22   reopen their appeal, and an Emergency Motion for Temporary

23   Restraining Order, enjoining the assigned Bankruptcy Judge from

24   continuing to preside and assigning another judge to preside over

25   this matter.

26       Although the Kincaids criticize this court for adopting

27   the bankruptcy judge's conclusion regarding their dilatory

28   tactics, their motion does nothing to affect this court's reasons

1

1  for denying their motion to reopen the appeal, particularly the

2  Kincaids' utter failure to keep the court informed of their

3  change of address.  Further, they have presented no justifiable

4  reason why this court ought to intercede in the business of the

5  Bankruptcy Court to reassign this case to another judge.  Judge

6  Holman is fully qualified to handle this case, and there has been

7  no sufficient showing of bias or other reasons for his

8  disqualification.

9           IT IS THEREFORE ORDERED that the motion of Estrella A.

10  Kincaid and James M. Kincaid for reconsideration of this court's

11  order denying their motion for relief from judgment and to

12  reconsider this court's order denying their motion for

13  reconsideration of their appeal, and their motion for a temporary

14  restraining order restraining the assigned bankruptcy judge from

15  acting in this case and assigning the matter to another

16  bankruptcy judge be, and the same hereby are, DENIED.

17  DATED:  January 8, 2007

18

19  _____
    WILLIAM B. SHUBB

20  UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

2